McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL ROMERO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　　Defendant. | CIV-S-04-1321 CMK<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from the present due date of April 25, 2005, by thirty days, to the new response date of May 25, 2005. The extension is requested because Defendant has determined that a further review of the case is needed.

　　　　This is the second extension requested re Defendant's response to Plaintiff's motion for summary judgment.

　　　　The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

1

stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: April 21, 2005         /s/ Jesse S. Kaplan
                              JESSE S. KAPLAN
                              Attorney at Law

                              Attorney for Plaintiff

DATED: April 25, 2005         McGREGOR W. SCOTT
                              United States Attorney

                         By:  /s/ Bobbie J. Montoya
                              BOBBIE J. MONTOYA
                              Assistant U. S. Attorney

                              Attorneys for Defendant

OF COUNSEL:

JANICE L. WALLI
Chief Counsel, Region IX

LORNA K. LI
Assistant Regional Counsel

Social Security Administration

RE:   MITCHELL ROMERO v. JO ANNE B. BARNHART, Civ-S-04-1321 CMK, STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL ROMERO,<br><br>    Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | CIV-S-04-1321 CMK<br><br>[proposed] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Pursuant to the stipulation of the parties, electronically filed *April 25, 2005*, showing good cause for a requested second extension of Defendant's time to respond to Plaintiff's motion for summary judgment, the request is hereby APPROVED.

Defendant shall file her response on or before May 25, 2005.

SO ORDERED.

DATED:  April 26, 2005

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE