```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL ROMERO,<br><br>  Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>  Defendant. | CIV-S-04-1321 CMK<br><br>STIPULATION REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT; ORDER |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new ALJ hearing and decision. On remand, this case will be assigned to a different ALJ.

The ALJ will be instructed to do the following:

1)    obtain the file pertaining to Plaintiff's subsequent claim;

2)    clarify the reasons for rejecting Dr. Mehtani's opinion for the period at issue and provide an appropriate explanation for not disturbing Plaintiff's subsequent claim;

3)    further consider the medical evidence in evaluating Plaintiff's mental and physical residual functional capacity;

4)    obtain medical expert testimony regarding a possible earlier disability onset

    date; and

  5)  further evaluate the credibility of Plaintiff's testimony regarding his subjective complaints.

  It is further stipulated that the Clerk shall enter a separate judgment, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

  The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: May 17, 2005     */s/ Jesse S. Kaplan*
             JESSE S. KAPLAN
             Attorney at Law

             Attorney for Plaintiff

DATED: May 18, 2005     McGREGOR W. SCOTT
             United States Attorney

           By: */s/ Bobbie J. Montoya*
             BOBBIE J. MONTOYA
             Assistant U. S. Attorney

             Attorneys for Defendant

OF COUNSEL:

JANICE L. WALLI
Chief Counsel, Region IX

LORNA K. LI
Assistant Regional Counsel

United States Social
 Security Administration

RE:  MITCHELL ROMERO v. JO ANNE B. BARNHART, Civ-S-04-1321 CMK, STIPULATION AND ORDER STIPULATION REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT; [proposed] ORDER

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL ROMERO,<br><br>       Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>       Defendant. | CIV-S-04-1321 CMK<br><br>ORDER REMANDING THE CASE<br>AND DIRECTING THE CLERK TO<br>ENTER JUDGMENT |

Good cause appearing, <u>ROMERO v. Barnhart</u>, Civ-S-04-1321 CMK, is hereby REMANDED pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the stipulation of the parties.  The prior administrative decision relative to the claim herein is vacated.  The Clerk is directed to enter Judgment.

SO ORDERED.

DATED:  May 23, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE